UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____22-MJ-02240-Torres_____

UNITED STATES OF AMERICA

vs.

ANDRES FELIPE OCAMPO CASTRILLON,

      Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes _x_ No

      Respectfully submitted,

      JUAN ANTONIO GONZALEZ
      UNITED STATES ATTORNEY

BY:  *Marc Chattah*
      MARC CHATTAH
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 27586
      99 NE 4th Street
      Miami, Florida 33132-2111
      Tel (305) 961- 9087
      Fax (305) 530-7976
      Marc.Chattah@usdoj.gov

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.                                            CRIMINAL COMPLAINT

ANDRES FELIPE OCAMPO CASTRILLON,

CASE NUMBER: 22-MJ-02240-Torres

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 15, 2022, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, Andres Felipe Ocampo Castrillion did knowingly present to United States Customs and Border Protection a false statement with respect to a material fact in an Electronic System for Travel Authorization ("ESTA") application in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about February 15, 2022, the defendant, ANDRES FELIPE OCAMPO CASTRILLON, arrived at Miami International Airport aboard American Airlines Flight #1142 from Cali, Colombia. The defendant presented a Spanish passport to CBP for entry into the United States. Because Spain is a visa waiver country, the defendant did not need to present a U.S. visa for entry. The defendant was referred to secondary inspection for admissibility verification. During routine questioning, ANDRES FELIPE OCAMPO CASTRILLON freely admitted to CBP Officers that he had been convicted of drug trafficking in Colombia in 2013-2014, and that he had been sentenced to sixty-four (64) months in prison but served thirty-three (33) months. CBP records showed that on February 1, 2022, the defendant completed an ESTA form, which is a required electronic application for travel under the visa waiver program form. Question 3 on the application form asks, "Have you ever violated any law related to possessing, using or distributing illegal drugs? "The defendant falsely stated "No." During a secondary interview, the defendant admitted that he understood the questions on his ESTA application and that the question about his drug conviction happened when he was young and that he was arrested as a Colombian not a Spaniard.

ID #CAR0886

*Narciso S. Fernandez*

**NARCISO FERNANDEZ, ENFORCEMENT OFFICER**
**U.S. CUSTOMS AND BORDER PROTECTION**

Attested to by the Applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Telephone.

*Feb. 16, 2022*
Date

at    Miami, Florida
      City and State

**EDWIN G. TORRES**
**CHIEF, UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

*Torres*
Signature of Judicial Officer